B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of South Dakota

In re  **Northern Beef Packers, Limited Partnership**  
Debtor(s)

Case No.  
Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Oshik Song**<br>**18310 Nicklaus Way**<br>**Eden Prairie, MN 55347** | **Oshik Song**<br>**18310 Nicklaus Way**<br>**Eden Prairie, MN 55347**<br>**651-528-1035** | **Note Payable** | | **1,040,000.00** |
| **Hanul Law**<br>**2677 N. Main Street**<br>**Suite 1070**<br>**Santa Ana, CA 92705** | **Austin Kim**<br>**Hanul Law**<br>**2677 N. Main Street**<br>**Suite 1070**<br>**Santa Ana, CA 92705**<br>**714-347-0008** | **Note Payable** | | **1,025,000.00** |
| **Cryovac, Inc.**<br>**26081 Network Place**<br>**Chicago, IL 60673-1260** | **Rick Williams**<br>**Cryovac, Inc.**<br>**26081 Network Place**<br>**Chicago, IL 60673-1260**<br>**864-433-3396** | **Equipment Lease** | | **800,372.70** |
| **United States Treasury**<br>**ACS Support - Stop 813G**<br>**PO Box 145566**<br>**Cincinnati, OH 45250-5566** | **United States Treasury**<br>**ACS Support - Stop 813G**<br>**PO Box 145566**<br>**Cincinnati, OH 45250-5566** | **Payroll Taxes** | | **903,027.67** |
| **DXP Enterprises**<br>**PO Box 201791**<br>**Dallas, TX 75320-1791** | **Dick Goodwater**<br>**DXP Enterprises**<br>**PO Box 201791**<br>**Dallas, TX 75320-1791**<br>**402-593-7035** | **Vendor** | | **538,495.78** |
| **Woo Song International**<br>**962-1 Shinjung-4 dong,**<br>**yangcheon-gu**<br>**Seoul, South Korea** | **Mr. Yo**<br>**Woo Song International**<br>**962-1 Shinjung-4 dong, yangcheon-gu**<br>**Seoul, South Korea**<br>**82-010-3505-1271** | **Note Payable** | | **515,000.00** |
| **Dakota Farm Raised High Quality Beef LP**<br>**415 Stewart Drive**<br>**Aberdeen, SD 57401** | **Karl Wagner**<br>**Dakota Farm Raised High Quality Beef LP**<br>**415 Stewart Drive**<br>**Aberdeen, SD 57401**<br>**970-534-0039** | **Money Loaned** | | **500,000.00** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Northern Beef Packers, Limited Partnership** _____   Case No. _____
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Polarway Investment Limited<br>c/o Hanul Law<br>2677 N. Main Street<br>Suite 1070<br>Santa Ana, CA 92705 | Austin Kim<br>Polarway Investment Limited<br>c/o Hanul Law<br>2677 N. Main Street<br>Suite 1070<br>Santa Ana, CA 92705<br>714-347-0008 | Promissory Notes dated February 16, 2012 | | 500,000.00 |
| Daesung<br>Kyungkido-Hwasungsi<br>Woojungup Hwasanlee 851-8 | Daesung<br>Kyungkido-Hwasungsi<br>Woojungup Hwasanlee 851-8<br>031-421-8883 | Vendor | | 478,924.49 |
| Quality Value Excellent Sanitation Team<br>Qvest<br>1101 8th St, Unit #1<br>Greeley, CO 80631 | Abel Vega<br>Quality Value Excellent Sanitation Team<br>Qvest<br>1101 8th St, Unit #1<br>Greeley, CO 80631<br>970-302-9928 | Vendor | | 342,572.00 |
| Farnam Street Financial<br>5850 Opus Parkway<br>Suite 240<br>Minnetonka, MN 55343 | Patrick Mchartland<br>Farnam Street Financial<br>5850 Opus Parkway<br>Suite 240<br>Minnetonka, MN 55343<br>952-351-4363 | Lease/Services Provided | | 266,764.21 |
| Moss & Barnett<br>4800 Wells Fargo Center<br>90 S. 7th St.<br>Minneapolis, MN 55402 | Curt Smith<br>Moss & Barnett<br>4800 Wells Fargo Center<br>90 S. 7th St.<br>Minneapolis, MN 55402<br>612-877-5000 | Legal Services | | 198.202.42 |
| C.H. Robinson Worldwide Inc.<br>PO Box 9121<br>Minneapolis, MN 55480-9121 | Ray Robbins<br>C.H. Robinson Worldwide Inc.<br>PO Box 9121<br>Minneapolis, MN 55480-9121<br>605-339-1353 | Vendor | | 185,896.02 |
| City Treasurer<br>Municipal Utility Bill<br>123 S. Lincoln St<br>Aberdeen, SD 57401 | Karl Alberts<br>City Treasurer<br>Municipal Utility Bill<br>123 S. Lincoln St<br>Aberdeen, SD 57401<br>605-626-7026 | Vendor | | 182,263.20 |
| IEH Laboratories & Consulting Group<br>15300 Bothell Way NE<br>Seattle, WA 98155 | Michael De Law Bay<br>IEH Laboratories & Consulting Group<br>15300 Bothell Way NE<br>Seattle, WA 98155<br>206-522-5432 | Vendor | | 145,065.33 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Northern Beef Packers, Limited Partnership**                Case No.  _____
                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Lift Solutions**<br>**14616 Shepard St.**<br>**Omaha, NE 68138** | **Janice Valen**<br>**Lift Solutions**<br>**14616 Shepard St.**<br>**Omaha, NE 68138**<br>**402-330-1690** | **Vendor** | | **101,315.12** |
| **Northwestern Energy**<br>**PO Box 1338**<br>**Butte, MT 59702-1338** | **Jerry Bertsch**<br>**Northwestern Energy**<br>**PO Box 1338**<br>**Butte, MT 59702-1338**<br>**1-800-245-6977** | **Services Provided/Gas and Electric** | | **101,315.12** |
| **Avera Health Plans**<br>**PO Box 826**<br>**Sioux Falls, SD 57101-0826** | **Ryan Donahue**<br>**Avera Health Plans**<br>**PO Box 826**<br>**Sioux Falls, SD 57101-0826**<br>**605-322-4545** | **Vendor** | | **94,812.04** |
| **Rock Tenn**<br>**4364 34th St.**<br>**Orlando, FL 32811** | **Chris Smith**<br>**Rock Tenn**<br>**4364 34th St.**<br>**Orlando, FL 32811**<br>**678-291-7992** | **Vendor** | | **88,229.91** |
| **Avera St. Lukes**<br>**305 50. State St.**<br>**Aberdeen, SD 57402** | **Avera St. Lukes**<br>**305 50. State St.**<br>**Aberdeen, SD 57402** | **Vendor** | | **81,694.93** |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **July 19, 2013**                    Signature  **/s/ Karl Wagner**
                                                      **Karl Wagner**
                                                      **Chief Financial Officer**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.