UNITED STATES BANKRUPTCY COURT

DISTRICT OF SOUTH DAKOTA

| In Re: | Chapter 11 |
|---|---|
| Northern Beef packers Limited Partnership,<br>TAX ID/EIN: 26-2530200<br><br>Debtor. | Bankruptcy No. 13-10118<br><br>APPOINTMENT OF COMMITTEE<br>OF UNSECURED CREDITORS<br>IN CHAPTER 11 CASE |

The U.S. Trustee for Region 12 hereby appoints the following persons or entities to the Official Committee of Unsecured Creditors in the above case:

1. Northwestern Corporation
   d/b/a, Northwestern Energy
   3010 W. 69th Street
   Sioux Falls, SD 97108
   605-978-2806
   Kendall Kliener

2. Sealed Air Corporation – Cryovac
   P.O. Box 464
   Duncan, SC 29334
   864-433-2465
   Michael Wallace

3. Institute for Environmental Health, Inc.
   15300 Bothell Way NE
   Lake Forest Park, WA 98155-7634
   206-522-5432
   Mary Ogborn

4. Woo Song Inernational
   962-1 Shingung-4 Dong
   Yangcheon–gu Seoul, South Korea
   82-10-3505-12111
   Chang Ki Yeo

Kendall Kliener, as representative of the only South Dakota member, is hereby designated as Acting Chairperson of said Committee pending selection by the Committee members of a permanent Chairperson.

In order to make the Committee more representative, the right to add or remove members of the Committee is reserved.

Dated this 13th day of August, 2013.

                              **Daniel M. McDermott**
                              United States Trustee
                              Region 12

                              By:*/s/ James L. Snyder*
                                  James L. Snyder
                                  314 S. Main Avenue, Suite 303
                                  Sioux Falls, SD 57104
                                  Tel:  515 / 284-4892
                                  Fax: 515 / 284-4986
                                  E-mail:  James.L.Snyder@usdoj.gov