UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bankr. No. 13-10118 |
| | ) | Chapter 11 |
| NORTHERN BEEF PACKERS | ) | |
| LIMITED PARTNERSHIP | ) | ORDER GRANTING DEBTOR |
| Tax ID/EIN 26-2530200 | ) | PRELIMINARY AUTHORITY |
| | ) | TO OBTAIN SECURED CREDIT |
| Debtor. | ) | AND REQUESTING CERTAIN |
| | ) | EVIDENCE AT FINAL HEARING |

A hearing on Debtor's Motion for Interim and Final Orders Authorizing Secured Post-petition Financing Pursuant to 11 U.S.C. § 364(c), and Request for Preliminary Hearing, and Approval of Stipulation Regarding Secured Post-petition Financing (doc. 321) was held September 12, 2013, with appearances as noted on the record. In recognition of and in compliance with the findings and conclusions entered on the record; and for cause shown; now, therefore,

IT IS HEREBY ORDERED Debtor's preliminary request for authority to obtain secured credit, as set forth in Debtor's motion and the Stipulation (Revised) Regarding Secured Post-petition Financing Pursuant to 11 U.S.C. § 364(c) (doc. 360), is granted, and Debtor may obtain preliminary credit of $512,000.00 from White Oak Global Advisors, LLC, on the terms and conditions set forth in the motion and the revised stipulation, except as follows:

(1) Paragraph J.(15) of the revised stipulation titled "Limitation on Objections to [Pre-petition] Indebtedness." is modified to provide "… shall have until 90 days after Agent files its proof of claim (collectively, the "Objection Deadline") within which ….";

(2) No provision in the motion or the revised stipulation may alter the terms or application of 11 U.S.C. §§ 507 or 510; and

(3) Debtor's use of the authorized funds shall not, absent an order from this Court, deviate from the budget attached to the motion.

IT IS FURTHER ORDERED the parties to the revised stipulation shall, at the final hearing on the motion, provide evidence the PASA certificate of deposit is unencumbered.

So ordered: September 16, 2013.

BY THE COURT:

Charles L. Nail, Jr.
Bankruptcy Judge

NOTICE OF ENTRY
Under Fed.R.Bankr.P. 9022(a)

This order/judgment was entered on the date shown above.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota