UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bankr. No. 13-10118 |
| | ) | Chapter 11 |
| NORTHERN BEEF PACKERS | ) | |
| LIMITED PARTNERSHIP | ) | ORDER AUTHORIZING DEBTOR |
| Tax ID/EIN 26-2530200 | ) | TO OBTAIN ADDITIONAL |
| | ) | POST-PETITION FINANCING |
| Debtor. | ) | |

Upon consideration of Debtor's Motion for Order Approving Amendment of Post-petition Financing Stipulation (doc. 691), the Stipulation Amending and Extending Post-petition Financing (doc. 691-1), and the record before the Court; and it appearing no objection to the motion was timely filed after appropriate notice; and for cause shown; now, therefore,

IT IS HEREBY ORDERED Debtor's motion is granted as provided herein, and Debtor may obtain post-petition financing not to exceed $537,026.00 from New Angus, LLC, on the terms and conditions and for the purposes set forth in the motion, the Stipulation Amending and Extending Post-petition Financing (doc. 691-1), and the budget attached to the stipulation as Exhibit A, except:

(1) this order and the Stipulation Amending and Extending Post-petition Financing shall not be considered a modification of the Stipulation (Revised) Regarding Secured Post-petition Financing Pursuant to 11 U.S.C. § 364(c) (doc. 360) but shall stand alone as a separate authorization for Debtor to obtain additional post-petition financing;

(2) this order and the Stipulation Amending and Extending Post-petition Financing shall not be considered a modification of the earlier docket-text order authorizing post-petition financing (doc. 435); and

(3) this order and the Stipulation Amending and Extending Post-petition Financing shall not be considered a modification of the Order Authorizing the Sale and the Transfer of Certain Estate Assets to the Successful Bidder (doc. 621) or otherwise constitute a declaration or authorization that New Angus, LLC is now the Successful Bidder, as that term is used in the Order Authorizing the Sale and the Transfer of Certain Estate Assets to the Successful Bidder.

So ordered: January 17, 2014.

BY THE COURT:

Charles L. Nail, Jr.
Bankruptcy Judge

NOTICE OF ENTRY
Under Fed.R.Bankr.P. 9022(a)

This order/judgment was entered on the date shown above.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota