## EXHIBIT A

### Legal Description

PARCEL I: NBP Lagoon Lot 1 in the Southwest Quarter of Section 7, Township 122 North, Range 63 West of the 5th P.M., according to the plat thereof of record, Brown County, South Dakota.

PARCEL II: Blocks 1, 2, 3, 4, 5, and Lots 1, 2, and 3, Block 6, H & S First Subdivision in the North Half of Section 36, Township 123 North, Range 64 West of the 5th P.M., according to the plat thereof of record, Brown County, South Dakota.

EASEMENT PARCEL I: The right and easement to construct sewer utility systems over a strip of land twenty (20) feet wide, parallel to and abutting the western and southern boundaries of Lot 1, South Side Industrial Subdivision, located in the North 1/2 and SE 1/4 of Section 36, T123N, R64W, Brown County, South Dakota, as described in that certain Utility Easement recorded on January 29, 2008 as Instrument No. 447 in Book 133, Page 361 in the Brown County, South Dakota Register of Deeds.

EASEMENT PARCEL II: The rights and easements created under that certain Utility Easement recorded on January 31, 2008 as Instrument No. 496 in Book 133, Page 363 in the Brown County, South Dakota Register of Deeds for the installation, operation and maintenance of sewer lines and appurtenances thereto over the following described land:

Beginning at the Northeast corner of the Northeast Quarter (NE1/4) of Section 1, Township 122, Range 64, Brown County, South Dakota. A 12' wide strip of land parallel adjacent to and easterly of the westerly Right of Way line of the Township Road (also known as 388th Ave.), in the (E1/2) of Section 1 and Northeast Quarter (NE1/4) of Section 12, all in the Township 122, Range 64, Brown, County, South Dakota, then crossing to the east and ending at Northwest corner of the South East Quarter (SE1/4) of Section 7, Township 122, Range 63, Brown County, South Dakota.

EASEMENT PARCEL III: The rights and easements created under that certain Utility Easement recorded on January 31, 2008 as Instrument No. 502 in Book 133, Page 364 in the Brown County, South Dakota Register of Deeds for the installation, operation and maintenance of sewer lines and appurtenances thereto over, upon, under and through the following described land:

Beginning at the Southeast Corner of Lot 1, South Side Industrial Subdivision, Northeast Quarter (SE1/4) of Section 36, Township 123, Range 64, Brown County, South Dakota. A 12' wide strip of land parallel adjacent to and easterly of the westerly Right of Way line of the Township Road (also known as 388th Ave.), in the Southeast Quarter (SE1/4) of Section 36, Township 123, Range 64, Brown County, South Dakota.

EXHIBIT A