UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bankr. No. 13-10118 |
| | ) | Chapter 11 |
| NORTHERN BEEF PACKERS | ) | |
| LIMITED PARTNERSHIP | ) | ORDER REDUCING NOTICE AND |
| Tax ID/EIN 26-2530200 | ) | SETTING CERTAIN DEADLINES ON |
| | ) | THE U.S. TRUSTEE'S MOTION TO |
| Debtor. | ) | CONVERT CASE TO CHAPTER 7 |

Upon consideration of the United States Trustee's Motion to Convert Chapter 11 Case to Chapter 7 (doc. 1115) and *Ex Parte* Motion for Reduced Notice on Motion to Convert (doc. 1113) and the record before the Court; and for cause shown; now, therefore,

IT IS HEREBY ORDERED the United States Trustee's Motion for Reduced Notice on Motion to Convert is granted, and any objection or other response to his Motion to Convert Chapter 11 Case to Chapter 7 shall be filed on or before 12:00 noon (Central) on April 27, 2015. If an objection is timely filed, a hearing will be held upon notice to parties in interest. If no objection is timely filed, no hearing will be held, and the Court may grant the relief requested.

IT IS FURTHER ORDERED the United States Trustee shall, on April 17, 2015, serve his Motion to Convert Chapter 11 Case to Chapter 7 and this order on all creditors and other parties in interest. This order constitutes the notice of the Motion to Convert Chapter 11 Case to Chapter 7.

So ordered: April 17, 2015.

BY THE COURT:

Charles L. Nail, Jr.
Bankruptcy Judge

NOTICE OF ENTRY
Under Fed.R.Bankr.P. 9022(a)

This order/judgment was entered
on the date shown above.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota